02D09-1910-CT-000580

Allen Superior Court 9

Allen County, Indiana

| STATE OF INDIANA | ) | | IN THE ALLEN SUPERIOR COURT |
|---|---|---|---|
| | ) | SS: | |
| COUNTY OF ALLEN | ) | | CAUSE NO._____ |

SHAKIA PAGAN,                )
                             )
        Plaintiff,           )
                             )
    v.                       )
                             )
BIG LOTS STORES, INC.,       )
                             )
        Defendant.           )

## COMPLAINT

Plaintiff alleges against Defendant that:

1. Plaintiff alleges that her rights and protections under the Fair Labor Standards Act (29 U.S.C. § 201 *et seq.*) and the Indiana Wage Payment Statutes, (I.C. § 22-2-5-2 *et seq.*, I.C. § 22-2-9-1 *et seq.*) have been violated by Defendant Big Lots Stores, Inc.

2. Plaintiff Shakia Pagan is a resident of the State of Indiana and worked for Defendant Big Lots Stores, Inc. from about October 2014 through February 19, 2018.

3. Defendant Big Lots Stores, Inc. is believed to be a corporation operating within the State of Indiana at several locations. Plaintiff worked at the Big Lots location located at 6128 Stellhorn Road, Fort Wayne, IN 46815. The registered agent in the State of Indiana for Defendant is Corporation Service Company, 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204. Big Lots is believed to be headquartered at 300 Phillip Road, Columbus, OH 43228.

4. During the time that Plaintiff worked at Big Lots, Plaintiff was the victim of time card fraud and other violations of the FLSA that resulted in Plaintiff having "time" and

–1–

EXHIBIT 1 - Page 4 of 7

wages stolen from her as a result of the time-recording practices of Defendant. These practices include signing out Plaintiff for breaks that she never took (therefore resulting in artificial time/wage deductions), refusing to pay Plaintiff overtime (or limiting her overtime and failing to pay the overtime she actually worked), deducting Plaintiff's time for "lunches" she never took, and otherwise fraudulently showing the "true" hours that Plaintiff worked in an effort to deprive Plaintiff of time on the clock for which she should have been paid (including putting down time for "breaks" that Plaintiff never took costing her overtime and straight time).

5. Plaintiff contends that Defendant's fraudulent and deceptive practices violate both the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, as well as I.C. § 22-2-5-1 *et seq.* and I.C. § 22-2-9-1 *et seq.*). Plaintiff is entitled to her pay/compensation and he is in entitled to liquidated damages plus reasonable attorney's fees and costs.

WHEREFORE, Plaintiff prays for judgment against the Defendant, for compensatory/pay damages, liquidated damages, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

## **JURY DEMAND**

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

/s/Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:   (260) 424-0600
Facsimile:    (260) 424-0712
E-mail:        cmyers@myers-law.com
Counsel for Plaintiff

–3–

EXHIBIT 1 - Page 6 of 7